J-S41032-15

2015 PA Super 178

| MEGAN I. SHINAL AND ROBERT J. SHINAL, HER HUSBAND | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellants | |
| v. | |
| STEVEN A. TOMS, M.D., | |
| Appellee | No. 1714 MDA 2014 |

Appeal from the Judgment Entered September 29, 2014
In the Court of Common Pleas of Montour County
Civil Division at No(s): 588-CV-2009

BEFORE:  ALLEN, J., LAZARUS, J., and PLATT, J.[*]

DISSENTING STATEMENT BY LAZARUS, J.:          **FILED AUGUST 25, 2015**

For the reasons set forth in **Cordes v. Assocs. of Internal Med.**, 87 A.3d 829 (Pa. Super. 2014) (opinion in support of reversal by Wecht, J.; opinion in support of reversal by Donohue, J.), I respectfully dissent.

Accordingly, I would reverse the denial of Appellants' post-verdict motion, and remand this matter for a new trial.

---

[*] Retired Senior Judge assigned to the Superior Court.